UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ21-137 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| SUMIT GARG, | ) | |
| Defendant. | ) | |

Offense charged:    Cyberstalking (3 counts)

Date of Detention Hearing:    March 15, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is alleged to have conducted a lengthy, relentless cyberstalking and

DETENTION ORDER
PAGE -1

01  harassment campaign against multiple victims, law enforcement, attorneys, and judges.

02  Defendant has been employed in the cybersecurity field, and has a high degree of sophisticated

03  knowledge that would allow concealment and evasion of cyber monitoring.   He is a native of

04  India with a history of international travel, currently unemployed, and may have mental health

05  issues.

06          2.      Defendant poses a risk of nonappearance based on contacts with India, foreign

07  travel, the possession of a foreign travel (currently in the possession of state authorities), mental

08  health issues, unemployment, and immigration status. Defendant poses a risk of danger based

09  on the nature and circumstances of the offense, mental health issues, and safety concerns of the

10  victims.

11          3.      There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the

13  danger to other persons or the community.

14      It is therefore ORDERED:

15      1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

16          General for confinement in a correction facility;

17      2.  Defendant shall be afforded reasonable opportunity for private consultation with

18          counsel;

19      3.  On order of the United States or on request of an attorney for the Government, the person

20          in charge of the corrections facility in which defendant is confined shall deliver the

21          defendant to a United States Marshal for the purpose of an appearance in connection

22          with a court proceeding; and

DETENTION ORDER
PAGE -2

01    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Probation

03        Services Officer.

04        DATED this 15th day of March, 2021.

05

06

                             Mary Alice Theiler

07                             United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3